Opinion issued February 22, 2007.








 






In The

Court of Appeals

For The

First District of Texas






NO. 01-06-01092-CV






IN RE KENT HYTKEN







Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 Relator filed a petition for writ of mandamus challenging the trial court's (1)
November 13, 2006 order denying Kent Hytken's motion to declare receivership
ineffective and to vacate receivership and removing Richard D. Johnston as receiver
and ordering the alternate receiver, William B. Carroll, to be appointed in his place.

 We deny the petition for writ of mandamus.

PER CURIAM



Panel consists of Justices Taft, Alcala, and Hanks.

 

1. 
 -